B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>Mills International, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>56-0888591 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>801 South Queen Street<br>Kinston, NC          ZIP Code 28501 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Lenoir | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 835<br>Kinston, NC          ZIP Code 28502-0835 | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [■] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [■] Other

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [■] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [■] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [■] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [■] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [■] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>   Mills International, Inc. | | |
|---|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | | |
| Location<br>Where Filed:   - None - | | Case Number: | Date Filed: |
| Location<br>Where Filed: | | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | | |
| Name of Debtor:<br> - None - | | Case Number: | Date Filed: |
| District: | | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)          Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> Mills International, Inc. |
|---|---|

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Trawick H. Stubbs, Jr.
Signature of Attorney for Debtor(s)

Trawick H. Stubbs, Jr. 4221
Printed Name of Attorney for Debtor(s)

Stubbs & Perdue, P.A.
Firm Name

PO Box 1654
New Bern, NC 28563
Address

252-633-2700
Telephone Number

February 20, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ David G. Mills
Signature of Authorized Individual

David G. Mills
Printed Name of Authorized Individual

Secretary-Treasurer
Title of Authorized Individual

February 20, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re   Mills International, Inc.
                          Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MTD - IR Group<br>Attn:  Manager or Agent<br>P.O. Box 73417-N<br>Cleveland, OH 44193 | MTD - IR Group<br>Attn:  Manager or Agent<br>P.O. Box 73417-N<br>Cleveland, OH 44193 | Ckno.:  95491 - $9,289.95 | | 38,362.25 |
| Mast, Mast, Johnson, etal<br>Attn:  Manager or Agent<br>P.O. Box 119<br>Smithfield, NC 27577 | Mast, Mast, Johnson, etal<br>Attn:  Manager or Agent<br>P.O. Box 119<br>Smithfield, NC 27577 | Legal fees | | 36,446.16 |
| Unverferth Mfg. Co.<br>Attn:  Manager or Agent<br>P.O. Box 78000<br>Detroit, MI 48278-1299 | Unverferth Mfg. Co.<br>Attn:  Manager or Agent<br>P.O. Box 78000<br>Detroit, MI 48278-1299 | | | 21,220.15 |
| Timothy Huffman<br>750 Huffmantown Rd.<br>Richlands, NC 28574 | Timothy Huffman<br>750 Huffmantown Rd.<br>Richlands, NC 28574 | Ckno.:  95442 | | 9,500.00 |
| Woods Equipment Co.<br>Attn:  Manager or Agent<br>1329 Paysphere Circle<br>Chicago, IL 60674 | Woods Equipment Co.<br>Attn:  Manager or Agent<br>1329 Paysphere Circle<br>Chicago, IL 60674 | Ckno.:  95472 | | 8,520.65 |
| Diamond Transportation<br>Attn:  Manager or Agent<br>5021 21st St<br>Racine, WI 53406 | Diamond Transportation<br>Attn:  Manager or Agent<br>5021 21st St<br>Racine, WI 53406 | Ckno.:  95382 - $917.67<br>Ckno.:  95466 - $3,690.00 | | 4,607.67 |
| TCF Inventory Finance, Inc<br>ATTN: Manager or Agent<br>P.O. Box 59376<br>Schaumburg, IL 60159 | TCF Inventory Finance, Inc<br>ATTN: Manager or Agent<br>P.O. Box 59376<br>Schaumburg, IL 60159 | Lien on Cub Cadet Inventory | | 2,607.00<br><br>(0.00 secured) |
| Overhead Door<br>Attn:  Manager or Agent<br>2047-A South Park Ave.<br>Winterville, NC 28590 | Overhead Door<br>Attn:  Manager or Agent<br>2047-A South Park Ave.<br>Winterville, NC 28590 | Ckno.:  95506 | | 2,385.52 |
| UniFirst<br>Attn:  Manager or Agent<br>800 South John St.<br>Goldsboro, NC 27530 | UniFirst<br>Attn:  Manager or Agent<br>800 South John St.<br>Goldsboro, NC 27530 | Ckno.:  95500 - $1,261.74 | | 2,152.79 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Mills International, Inc.                                          Case No. _____

                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PCI<br>Attn: Manager or Agent<br>P.O. Box 636<br>Red Oak, IA 51566 | PCI<br>Attn: Manager or Agent<br>P.O. Box 636<br>Red Oak, IA 51566 | Ckno.: 95490 | | 2,083.84 |
| Carquest<br>Attn: Manager or Agent<br>P.O. Box 404875<br>Atlanta, GA 30384 | Carquest<br>Attn: Manager or Agent<br>P.O. Box 404875<br>Atlanta, GA 30384 | Ckno.: 95467 | | 1,107.88 |
| Staples Advantage<br>Attn: Manager or Agent<br>Dept ATL, P.O. Box 405386<br>Atlanta, GA 30384-5386 | Staples Advantage<br>Attn: Manager or Agent<br>Dept ATL, P.O. Box 405386<br>Atlanta, GA 30384-5386 | Ckno.: 95498 - $784.92<br>on account: $315.36 | | 1,100.28 |
| North State Sales Co.<br>Attn: Manager or Agent<br>P.O. Box 9578<br>Greensboro, NC 27429 | North State Sales Co.<br>Attn: Manager or Agent<br>P.O. Box 9578<br>Greensboro, NC 27429 | Ckno.: 95470 | | 936.00 |
| N.C. Dept. of Revenue<br>ATTN: Manager or Agent<br>Office Svcs Div, Bankruptcy Unit<br>P. O. Box 1168<br>Raleigh, NC 27602-1168 | N.C. Dept. of Revenue<br>ATTN: Manager or Agent<br>Office Svcs Div, Bankruptcy Unit<br>Raleigh, NC 27602-1168 | Ckno.: 95473 | | 800.00 |
| Staples Promotional Prod.<br>Attn: Manager or Agent<br>P.O. Box 790322<br>Saint Louis, MO 63179-0322 | Staples Promotional Prod.<br>Attn: Manager or Agent<br>P.O. Box 790322<br>Saint Louis, MO 63179-0322 | | | 689.03 |
| W.R. Long, Inc.<br>Attn: Manager or Agent<br>P.O. Box 460<br>Tarboro, NC 27886 | W.R. Long, Inc.<br>Attn: Manager or Agent<br>P.O. Box 460<br>Tarboro, NC 27886 | Ckno.: 95484 | | 653.04 |
| Coastal Plains Jr. Livestock<br>Attn: Manager or Agent<br>1350 Hwy 41 West<br>Trenton, NC 28585 | Coastal Plains Jr. Livestock<br>Attn: Manager or Agent<br>1350 Hwy 41 West<br>Trenton, NC 28585 | Ckno.: 95468 | | 500.00 |
| Southern Marketing Affiliates<br>Attn: Manager or Agent<br>P.O. Box 2247<br>Jonesboro, AR 72402 | Southern Marketing Affiliates<br>Attn: Manager or Agent<br>P.O. Box 2247<br>Jonesboro, AR 72402 | | | 499.37 |
| Carquest<br>Attn: Manager or Agent<br>809 Mitchell Street<br>Kinston, NC 28501 | Carquest<br>Attn: Manager or Agent<br>809 Mitchell Street<br>Kinston, NC 28501 | | | 424.86 |
| Charles Barrow<br>4804 Eason Road<br>La Grange, NC 28551 | Charles Barrow<br>4804 Eason Road<br>La Grange, NC 28551 | Ckno.: 95469 | | 424.00 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  Mills International, Inc.                                                                Case No.
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary-Treasurer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  February 20, 2015           Signature  /s/ David G. Mills
                                             David G. Mills
                                             Secretary-Treasurer

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

MILLS INTERNATIONAL, INC.
P.O. BOX 835
KINSTON, NC 28502-0835

TRAWICK H. STUBBS, JR.
STUBBS & PERDUE, P.A.
PO BOX 1654
NEW BERN, NC 28563

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
ATTN: MANAGING AGENT
PO BOX 1168
RALEIGH, NC 27602

EMPLOYMENT SECURITY COM.
ATTN: MANAGING AGENT
PO BOX 26504
RALEIGH, NC 27611-6504

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGING AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IRS
ALAMANCE BLDG MAIL STOP 24
4905 KOGER BLVD
GREENSBORO, NC 27407-2734

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

A1 AUTO II
ATTN: MANAGER OR AGENT
P.O. BOX 1596
KINSTON, NC 28503

AGRICREDIT ACCEPTANCE LLC
ATTN: MANAGER OR AGENT
P.O. BOX 2000
JOHNSTON, IA 50131

AMERICAN EXPRESS
ATTN: MANAGER OR AGENT
P.O. BOX 650448
DALLAS, TX 75265-0448

ARCHIE HOMES/HOMES AGRIBIZ ETAL
C/O WALTER SCHMIDLIN, ESQ.
P.O. DRAWER 120
SMITHFIELD, NC 27577

ARCHIE HOMES/HOMESAGRIBIZ E
C/O WALTER SCHMIDLIN, ESQ.
P.O. DRAWER 120
SMITHFIELD, NC 27577

AUTO GENERATOR & STARTER
ATTN: MANAGER OR AGENT
603 N. HERITAGE ST.
KINSTON, NC 28501

CHARLES BARROW
4804 EASON ROAD
LA GRANGE, NC 28551

BUSH HOG LLC
ATTN: MANAGER OR AGENT
P.O. BOX 1039
SELMA, AL 36701

CARQUEST
ATTN: MANAGER OR AGENT
P.O. BOX 404875
ATLANTA, GA 30384

CARQUEST
ATTN: MANAGER OR AGENT
809 MITCHELL STREET
KINSTON, NC 28501

CAVALIER HOSE & FITTINGS
ATTN: MANAGER OR AGENT
P.O. BOX 848
FARMVILLE, VA 23901

CNH IND. AMER. CAPITAL LLC
ATTN: MANAGER OR AGENT
5729 WASHINGTON AVE.
RACINE, WI 53406

COASTAL PLAINS JR. LIVESTOCK
ATTN: MANAGER OR AGENT
1350 HWY 41 WEST
TRENTON, NC 28585

CON-WAY FREIGHT
ATTN: MANAGER OR AGENT
P.O. BOX 5160
PORTLAND, OR 97208

COOKE COMMUNICATIONS
ATTN: MANAGER OR AGENT
P.O. BOX 1967
GREENVILLE, NC 27835

DAVID & DON MILLS
P.O. BOX 835
KINSTON, NC 28502

DAVID G. MILLS
P.O. BOX 835
KINSTON, NC 28502

DAVIS WHOLESALE TIRE
ATTN: MANAGER OR AGENT
1601 W. NEW BERN RD
KINSTON, NC 28504

DIAMOND TRANSPORTATION
ATTN: MANAGER OR AGENT
5021 21ST ST
RACINE, WI 53406

DON R. MILLS
P.O. BOX 835
KINSTON, NC 28502

FASTENAL
ATTN: MANAGER OR AGENT
P.O. BOX 978
WINONA, MN 55987

FASTMED
ATTN: MANAGER OR AGENT
935 SHOTWELL RD, STE 108
CLAYTON, NC 27520

FIRST CITIZENS BANK
ATTN: OFFICER MGR OR AGT
DAC 36
P.O. BOX 25187
RALEIGH, NC 27611

GRADY ELECTRIC COMPANY
ATTN: MANAGER OR AGENT
1592 HIGHWAY 258S
KINSTON, NC 28504

HERITAGE CRYSTAL CLEAN
ATTN: MANAGER OR AGENT
13621 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

TIMOTHY HUFFMAN
750 HUFFMANTOWN RD.
RICHLANDS, NC 28574

K&M MFG COMPANY
ATTN: MANAGER OR AGENT
P.O. BOX 860406
MINNEAPOLIS, MN 55486

K-LINE INDUSTRIES, INC.
ATTN: MANAGER OR AGENT
315 GARDEN AVE.
HOLLAND, MI 49424

KINSTON AUTO PARTS
ATTN: MANAGER OR AGENT
820 W. VERNON AVENUE
KINSTON, NC 28501

LENOIR COUNTY TAX COLLECTOR
ATTN: MANAGER OR AGENT
101 N. QUEEN STREET
KINSTON, NC 28501

LENOIR OXYGEN SUPPLY
ATTN: MANAGER OR AGENT
P.O. BOX 2476
KINSTON, NC 28501

LESTER'S HARDWARE
ATTN: MANAGER OR AGENT
602 NORTH HERITAGE ST.
KINSTON, NC 28501

MAST, MAST, JOHNSON, ETAL
ATTN: MANAGER OR AGENT
P.O. BOX 119
SMITHFIELD, NC 27577

MARY NEAL R. MILLS
P.O. BOX 835
KINSTON, NC 28502

MTD - IR GROUP
ATTN: MANAGER OR AGENT
P.O. BOX 73417-N
CLEVELAND, OH 44193

MTD / CUB CADET
ATTN: MANAGER OR AGENT
P.O. BOX 368023
STRONGSVILLE, OH 44136-9723

N.C. DEPT. OF REVENUE
ATTN: MANAGER OR AGENT
OFFICE SVCS DIV, BANKRUPTCY UNIT
P. O. BOX 1168
RALEIGH, NC 27602-1168

N.C. SHERIFF'S ASSOCIATION
ATTN: MANAGER OR AGENT
P.O. BOX 20049
RALEIGH, NC 27619

NORTH STATE SALES CO.
ATTN: MANAGER OR AGENT
P.O. BOX 9578
GREENSBORO, NC 27429

OVERHEAD DOOR
ATTN: MANAGER OR AGENT
2047-A SOUTH PARK AVE.
WINTERVILLE, NC 28590

PCI
ATTN: MANAGER OR AGENT
P.O. BOX 636
RED OAK, IA 51566

PITNEY BOWES-PURCH.POWR
ATTN: MANAGER OR AGENT
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

POLY TECH INDUSTRIES
ATTN: MANAGER OR AGENT
P.O. DRAWER 349
MONTICELLO, GA 31064

REYNOLDS SCRAPERS
ATTN: MANAGER OR AGENT
P.O. BOX 2608
SEGUIN, TX 78156

SOS MENTAL PRODUCTS
ATTN: MANAGER OR AGENT
2945 EAST TIOGA STREET
PHILADELPHIA, PA 19134

SOUTHERN MARKETING AFFILIATES
ATTN: MANAGER OR AGENT
P.O. BOX 2247
JONESBORO, AR 72402

SPAREX
ATTN: MANAGER OR AGENT
P.O. BOX 510
AURORA, OH 44202

STAPLES ADVANTAGE
ATTN: MANAGER OR AGENT
DEPT ATL, P.O. BOX 405386
ATLANTA, GA 30384-5386

STAPLES PROMOTIONAL PROD.
ATTN: MANAGER OR AGENT
P.O. BOX 790322
SAINT LOUIS, MO 63179-0322

STEINER TRACTOR
ATTN: MANAGER OR AGENT
1660 S M-13
LENNON, MI 48449-9325

STROUD ENGINE REBUILDING
ATTN: MANAGER OR AGENT
2431 HIGHWAY 70E
KINSTON, NC 28501

TCF INVENTORY FINANCE, INC
ATTN: MANAGER OR AGENT
P.O. BOX 59376
SCHAUMBURG, IL 60159

TCF INVENTORY FINANCE, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 59376
SCHAUMBURG, IL 60159

TERRI GARDNER
NELSON MULLINS RILEY ETAL
4140 PARKLAKE AVE STE 200
RALEIGH, NC 27612

UNIFIRST
ATTN: MANAGER OR AGENT
800 SOUTH JOHN ST.
GOLDSBORO, NC 27530

UNVERFERTH MFG. CO.
ATTN: MANAGER OR AGENT
P.O. BOX 78000
DETROIT, MI 48278-1299

W.R. LONG, INC.
ATTN: MANAGER OR AGENT
P.O. BOX 460
TARBORO, NC 27886

WEC COMPANY/WOODS EQUIPMT
ATTN: MANAGER OR AGENT
P.O. BOX 1000
OREGON, IL 61061

THE WEEKLY GAZETTE
ATTN: MANAGER OR AGENT
108 SOUTH CASWELL ST.
LA GRANGE, NC 28551

WHEELER EXTERMINATING
ATTN: MANAGER OR AGENT
204 E. KING STREET
KINSTON, NC 28501

WOODS EQUIPMENT CO.
ATTN: MANAGER OR AGENT
1329 PAYSPHERE CIRCLE
CHICAGO, IL 60674

YANMAR AMERICA
ATTN: MANAGER OR AGENT
101 INTERNATIONAL PKWY
ADAIRSVILLE, GA 30103

YETTER MANUFACTURING
ATTN: MANAGER OR AGENT
P.O. BOX 368
COLCHESTER, IL 62326

# United States Bankruptcy Court
## Eastern District of North Carolina - New Bern Division

In re: Mills International, Inc.
Debtor(s)

Case No.
Chapter: 11

# VERIFICATION OF CREDITOR MATRIX

I, the Secretary-Treasurer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: February 20, 2015

/s/ David G. Mills
David G. Mills/Secretary-Treasurer
Signer/Title